IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| VITO CONTILLI, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 05 C 0080 |
| | ) | |
| LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND and | ) | JUDGE ZAGEL |
| LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE FUND, | ) | MAG. JUDGE BROWN |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT AND FOR AN AWARD OF COSTS AND ATTORNEYS' FEES**

Defendants, Local 705 International Brotherhood of Teamsters Pension Fund, and Local 705 International Brotherhood of Teamsters Health and Welfare Fund, by and through their attorneys, hereby move this Court for entry of final judgment, and for an award of costs and attorneys' fees incurred by the Defendants, in an amount to be determined pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.3.

                                              Respectfully submitted,

                                              /s/ Catherine M. Chapman
                                              One of the Attorneys for Defendants Local 705, I. B. of T. Pension Fund and Local 705, I. B. of T. Health and Welfare Fund

Name and Address of Attorneys for Defendants Local 705, I. B. of T. Pension Fund and Local 705, I. B. of T. Health and Welfare Fund:

Catherine M. Chapman
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on July 26, 2007 she electronically filed the foregoing document, **Defendants' Motion for Entry of Final Judgment and for an Award of Costs and Attorneys' Fees**, with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Charles Drake Boutwell
3075 Plum Island Drive
Northbrook, IL 60062
E-Mail: dboutwell333@yahoo.com


/s/ Catherine M. Chapman



Name and Address of Attorneys for Defendants Local 705, I. B. of T. Pension Fund and Local 705, I. B. of T. Health and Welfare Fund:

Catherine M. Chapman
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com


I:\705j\Contilli\motion fees.pnr.mgp.wpd