# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 0080 | **DATE** | January 30, 2008 |
| **CASE TITLE** | VITO CONTILLI v. LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTEERS PENSION FUND and LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE FUND | | |

**DOCKET ENTRY TEXT:**

Defendants' motion [56] for attorneys' fees and related non-taxable costs in the amount of $104,833.86 is granted.

## STATEMENT

On June 26, 2007, I granted Defendants' motion for summary judgment, denied Plaintiff's motion for summary judgment, and entered judgment in favor of Defendants. On October 11, 2007, I granted Defendants' motion for costs and attorneys' fees and ordered the parties to confer and attempt in good faith to agree on the amount of fees that should be awarded, pursuant to Local Rule 54.3. I gave the parties 60 days to do so.

Defendants have complied and provided Plaintiff with time and work records that specify the hours and rates for which they seek compensation. Plaintiff has failed to reply to Defendants' letters and has not indicated any dispute over Defendants' calculations. Plaintiff's inaction has rendered Defendants unable to prepare the Joint Statement required by Local Rule 54.3(e).

Defendants' records indicate reasonable attorneys' fees totaling $101,718.75 and related non-taxable costs of $3,115.11. I find that there is no dispute as to the attorneys' fees and non-taxable costs, and I award Defendants' attorneys' fees and costs in the total amount of $104,833.86.